[No. 55908-7-I. Division One. August 7, 2006.]

THE CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, *Respondent*, v. THE HEIRS AND DEVISEES OF JACK K. EASTEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-41860-9, Robert H. Alsdorf and Carol A. Schapira, JJ., entered December 20, 2004, and January 18 and February 25, 2005. *Reversed* by unpublished opinion per Becker, J., concurred in by Dwyer, J.; Cox, J., concurring separately. Now published at 135 Wn. App. 446.

[No. 55561-8-I. Division One. August 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD DWAYNE HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00108-3, Steven J. Mura, J., entered December 1, 2004. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick, C.J., and Agid, J.

[Nos. 32153-0-II; 33093-8-II. Division Two. August 8, 2006.]

ALPINE QUALITY CONSTRUCTION SERVICES, INC., *Appellant*, v. BRETT JOHNSON ET AL., *Respondents*.

ALPINE QUALITY CONSTRUCTION SERVICES, INC., *Plaintiff*, STEVEN A. WEISS ET AL., *Appellants*, v. BRETT JOHNSON ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Skamania County, No. 01-2-00062-6, E. Thompson Reynolds, J., entered August 13, 2004, and March 29, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.